**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

In re METAL PARTNERS REBAR, LLC,

Debtor.

☒ Affects Metal Partners Rebar, LLC
☒ Affects BGD LV Holding, LLC
☐ Affects BRG Holding, LLC
☐ Affects BCG Ownco, LLC

Case No. 2:26-cv-01343-CDS

**STIPULATION AND ORDER TO CONTINUE AND RESET STATUS CONFERENCE**

[ECF No. 14]

TRAXYS NORTH AMERICA LLC,

Plaintiff,

vs.

METAL PARTNERS REBAR LLC, BGD LV HOLDING, LLC, INTERMETAL REBAR, L.L.C., JOSE CARRERO, JPMORGAN CHASE BANK N.A. and ADR LLC d/b/a ADR Rebar LLC,

Defendants.

Case No. 20-12878-abl

Chapter 7 (Lead Case)

Jointly Administered with:

Case No. 20-12876-abl
Case No. 20-12879-abl
Case No. 20-12880-abl

Adversary Pro. No. 21-01005-abl

INTERMETAL REBAR, L.L.C., and JP MORGAN CHASE BANK N.A.,

Third-Party Plaintiffs,

v.

TRAXYS NORTH AMERICA LLC,

Third-Party Defendant.

ADR LLC D/B/A ADR REBAR LLC, *A NEBRASKA LIMITED LIABILITY COMPANY,*

Third-Party Plaintiff,

v.

FRANK BERGREN, *AN INDIVIDUAL*,

Third-Party Defendant.

TRAXYS NORTH AMERICA LLC,

Counter-Defendant,

INTERMETAL REBAR, L.L.C.,

Counter-Claimant,

v.

JOSE CARRERO,

Third-Party Plaintiff.

JPMORGAN CHASE BANK N.A.

Counter-Claimant

v.

TRAXYS NORTH AMERICA LLC,

Counter-Defendant

FRANK BERGREN,

Appellant,

v.

ADR LLC D/B/A ADR REBAR LLC and JOSE CARRERO,

Appellees.

**ANDERSEN BEEDE WEISENMILLER**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Email: *ryan@abwfirm.com*
Mark M. Weisenmiller, Esq.
Nevada Bar No. 12128
Email: *mark@abwfirm.com*
3199 E Warm Springs Rd, Ste 400

Las Vegas, Nevada 89120
Phone: 702-522-1992
Fax: 702-825-2824
*Counsel for Appellees ADR, LLC d/b/a*
*ADR Rebar LLC and Jose Carrero*

Appellees ADR, LLC d/b/a ADR Rebar, LLC ("**ADR**") and Jose Carrero ("**Carrero**," and together with ADR, the "**Appellees**"), by and through their undersigned counsel, and Appellant Frank Bergren ("**Appellant**"), by and through his undersigned counsel, hereby stipulate and agree to the following:

1. On August 10, 2026, the Honorable Judge Cristina D. Silva entered a minute order in Chambers ordering the parties to appear for a status conference on August 26, 2026, at 11:00 a.m.

2. However, counsel for the Appellant will not be available for the previously scheduled status conference because he will be attending international depositions.

3. The parties hereby stipulate and respectfully request that the Court set a status hearing in this matter for **August 31, 2026, at 10:00 a.m.**

Dated this 24th day of August, 2026

**ANDERSEN BEEDE WEISENMILLER**

By: */s/ Mark M. Weisenmiller*
Mark M. Weisenmiller, Esq.
*Counsel for Appellees ADR, LLC d/b/a*
*ADR Rebar LLC and Jose Carrero*

**GORDON REES SCULLY MANSUKHANI**

By: *Sean Flynn*
Sean Flynn, Esq.
*Counsel for Appellant Frank Bergren*

**IT IS SO ORDERED.** The August 26, 2026 status conference is vacated and continued to August 31, 2026, at 10:00 a.m. in LV Courtroom 6B.

______________________________
**UNITED STATES DISTRICT JUDGE**

**Dated:** August 24, 2026